UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAY 20  P 12: 11

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:05CR133(MRK) |
| v. | **VIOLATION**: |
| GEORGE ERNEST TYLEC, | 18 U.S.C. § 1001(a)(3) |
| a/k/a "JONATHAN QUINCY BENDER" | (Making a False Writing Knowing The Same To Contain a Materially False Statement or Entry) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

That on or about May 28, 2000, in the District of Connecticut, **GEORGE ERNEST TYLEC, a/k/a "JONATHAN QUINCY BENDER,"** the defendant herein, did knowingly make a false writing, knowing the same to be materially false, in a matter within the jurisdiction of the Government of the United States, and that he did so willfully, to wit: on or about May 28, 2000, **GEORGE ERNEST TYLEC, a/k/a "JONATHAN QUINCY BENDER,"** the defendant herein, completed an airman certificate and/or rating application in which he asserted that his true name was **JONATHAN QUINCY BENDER**, date of birth April 21, 1963, Social Security Number 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, knowing at all times relevant that the foregoing Social Security Number had been issued to **GEORGE ERNEST TYLEC** who was born on August 9, 1964.

In violation of Title 18, United States Code, Section 1001.

## COUNT TWO

That on or about October 2, 2001, in the District of Connecticut, **GEORGE ERNEST TYLEC, a/k/a "JONATHAN QUINCY BENDER,"** the defendant herein, did knowingly make a false writing, knowing the same to be materially false, in a matter within the jurisdiction of the Government of the United States, and that he did so willfully, to wit: on or about October 2, 2001, **GEORGE ERNEST TYLEC, a/k/a "JONATHAN QUINCY BENDER,"** the defendant herein, signed and certified as true and accurate a Federal Aviation Administration medical certificate, using the name of **JONATHAN QUINCY BENDER**, Social Security Number 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, date of birth April 21, 1963, knowing at all times relevant that Social Security Number 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 had been issued to **GEORGE ERNEST TYLEC**, date of birth August 9, 1964.

All in violation of Title 18, United States Code, Section 1001.


UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
NORA R. DANNEHY
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY